IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BOAZ RACKS,
    Plaintiff,

v.   CASE NO.: 8:22-cv-02668-TPB-MRM

EAT RIGHT MEAL PLANS, LLC,
and DARRYL FULKS,
individually,
    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff, BOAZ RACKS and Defendants, EAT RIGHT MEAL PLANS, LLC and DARRYL FULKS, individually, by and through the undersigned counselors, hereby stipulate to the dismissal of this action with prejudice. This agrement is based upon a mediated settlement agreement [D.E. 27] that involved Plaintiff's retaliation claims and Defendants' counterclaims. The parties agreed that Plaintiff was properly classified as exempt, and therefore no settlement was reached regarding overtime wages that would require Court approval. "A settlement of FLSA retaliation claims does not require court approval, so long as the settlement does not contaminate the settlement of an FLSA back wage claim." Thompson v. Dealer Mgmt. Servs., Inc., 2016 WL 7644856, at *1 (M.D. Fla. 2016). Therefore, the parties request dismissal of this action with prejudice.

Dated: March 29, 2023

| | |
|---|---|
| **/s/ KATHRYN HOPKINSON** | /s/**CHAD LEVY**_____ |
| Kathryn C. Hopkinson, Esq. | Chad Levy, Esq. |
| FBN 0102666 | FBN 851701 |
| khopkinson@hopkinsonlawfirm.com | chad@levylevylaw.com |
| Hopkinson Law, LLC | Harris Nizel, Esq. |
| 210 N. Excelda Ave. | FBN 0807931 |
| Tampa, FL 33609 | harris@levylevylaw.com |
| Telephone: (813) 816-1514 | Law Offices of Levy & Levy, P.A. |
| *Counsel for the Defendants* | 1000 Sawgrass Corporate Parkway |
| | South Pointe I, Suite 588 |
| | Sunrise, FL 33323 |
| | *Counsel for the Plaintiff* |